Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Danielle S. Futterman (DY 4228)
dfutterman@ipcounselors.com
Gabriela N. Nastasi
gnastasi@ipcounselors.com
Melissa J. Levine
mlevine@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 1250
New York, NY 10165
Telephone: (212) 292-5390
Facsimile: (212) 292-5391
*Attorneys for Plaintiff*
*Supercell Oy*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUPERCELL OY, *Plaintiff* v. WWW.CLASHOFCLANSMERCH.COM, *Defendant* | CIVIL ACTION NO. DECLARATION OF MELISSA J. LEVINE AND ACCOMPANYING EXHIBITS IN SUPPORT OF PLAINTIFF'S *EX PARTE* APPLICATION FOR: 1) TEMPORARY RESTRAINING ORDER; 2) AN ORDER RESTRAINING DEFENDANT'S WEBSITE AND DEFENDANT'S ASSETS WITH THE FINANCIAL INSTITUTIONS; 3) AN ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE; 4) ORDER AUTHORIZING BIFURCATED AND ALTERNATIVE SERVICE; AND 5) ORDER AUTHORIZING EXPEDITED DISCOVERY **FILED UNDER SEAL** |

**CONFIDENTIAL/FILED UNDER SEAL**
**NOT TO BE OPENED EXCEPT BY ORDER OF THE COURT**

**DECLARATION OF MELISSA J. LEVINE**[1]

I, Melissa J. Levine, hereby declare as follows:

1. I am an attorney with the law firm of Epstein Drangel LLP, located at 60 East 42nd Street, Suite 1250, New York, New York 10165 and represent Supercell Oy in the above-referenced action. I make and submit this declaration in connection with Plaintiff's *ex parte* application for the following: 1) a temporary restraining order; 2) an order restraining Defendant's Website and Defendants' Assets with the Financial Institutions; 3) an order to show cause why a preliminary injunction should not issue; 4) an order authorizing bifurcated and alternative service and 5) an order authorizing expedited discovery against the above-named Defendant in light of Defendant's intentional and willful offerings for sale and/or sales of Counterfeit Products.

2. Epstein Drangel represents Plaintiff in intellectual property matters and has been trained by Plaintiff on how to identify Counterfeit Products.

3. Based upon my research, manufacturers and sellers of counterfeit products, like Defendant, conduct business over the Internet through websites that they utilize to manufacture, import, export, advertise, market, promote, distribute, display, offer for sale, sell and/or ship their products directly to consumers worldwide and specifically to consumers residing in the U.S., including New York.

4. Given our experience in policing against counterfeiters, sellers of counterfeit products, like Defendant, often use evasive tactics, such as aliases, false addresses and other incomplete identification information to conceal their identities and avoid detection. These tactics,

---

[1] Where a defined term is referenced herein but not defined, it should be understood as it is defined in the Glossary in the Complaint or Application.

1

including disappearing or claiming ignorance of their responsibilities while simultaneously destroying any evidence of their counterfeiting actions and draining their financial accounts, are commonly used to attempt to circumvent restraining orders and other remedies issued with prior notice.

5. Through visual inspection of Defendant's Website, Epstein Drangel confirmed that the products Defendant offers for sale using virtually identical copies of the Supercell IP are, in fact, Counterfeit Products.

6. Further, through visual inspection of Defendant's Website, which prominently features the Supercell IP, including in the Infringing Domain Name, Epstein Drangel also confirmed that Defendant accept payment in U.S. dollars, via PayPal, debit card or credit card and ships to the U.S.

7. Epstein Drangel purchased Counterfeit Products from Defendant's Website ("Test Purchases"). True and correct copies of Epstein Drangel's order confirmations and receipts for the Test Purchases are attached as **Exhibit A**.

8. The confirmation email Epstein Drangel received from the Test Purchases made via Defendant's Website were sent from the following email address: heworld38@gmail.com. Moreover, the PayPal receipts indicate that payment for the Test Purchases was sent to the following email address: payment.info@onesanfordpoe24.com. Additionally, the email address listed on Defendant's Website is contact@clashofclansmerch.com.

9. The WhoIs information lists NameCheap, Inc. as the registrar for Defendant's Website and lists Cloudflare, Inc. as the host for Defendant's Website.

10. Further, Defendant's Website lists two (2) addresses for Defendant's warehouse: U.S. Warehouse: 2455 S. Carr St. Littleton, Colorado 80128 and U.S. Warehouse: 3405 S. Carr St.

Littleton, Colorado 80128.

11. However, based on my research, these addresses are associated with additional websites[2] that appear to sell counterfeit and infringing products from other brands and contain nearly identical design features as Defendant's Website.

12. Based on my research, these addresses appear to be fake with no connection to the Defendant and/or the Defendant's Website. Further, according to Google Maps, these specific addresses do not exist, and the closest related address is within a suburban neighborhood, which shows no indication of a warehouse whatsoever.[3]

13. Additionally, upon information and belief, Defendant is located in China, as indicated by its "Shipping & Delivery Policies"[4] that warned of shipping delays due to the Chinese New Year, as well as its Infringing Listings that advertise Counterfeit Products using Chinese characters.[5]

14. No other contact information has been provided for Defendant's Website and/or it has been intentionally concealed.

15. For the reasons discussed herein, Defendant's true identity, location(s) and contact information, as well as the location(s) of the Counterfeit Products that Defendant is offering for sale and/or selling, is unclear and it is virtually impossible for Plaintiff to obtain such information independently at this time.

16. While it was impossible for Epstein Drangel to locate a true and correct physical address for

---

[2] Additional websites include but are not limited to: https://onepunchman-merch.com/; https://teamfortress2merch.com/; and https://vanossgamingshop.com/.

[3] GOOGLE MAPS, https://www.google.com/maps/place/S+Carr+St,+Ken+Caryl,+CO+80128/@39.5705768,-105.0946464,15.92z/data=!4m6!3m5!1s0x876b7e9ac48bdab7:0x1454251bf0954c8d!8m2!3d39.5713002!4d-105.0915421!16s%2Fg%2F1v_nc_bh?entry=ttu&g_ep=EgoyMDI1MDMyMy4wIKXMDSoJLDEwMjExNjQwSAFQAw%3D%3D (last visited Mar. 25, 2025).

[4] *Shipping & Delivery Policies*, CLASHOFCLANSMERCH, https://clashofclansmerch.com/shipping-policy/ (last visited Mar. 25, 2025).

[5] *Valkyrie COC Supercell-Clash of Clans Official Genuine CLASH Gelom Figure*, CLASHOFCLANSMERCH, https://clashofclansmerch.com/product/valkyrie-coc-supercell-clash-of-clans-official-genuine-clash-gelom-figure/ (last visited Mar. 25, 2025).

3

Defendant, it is imperative for Defendant to maintain a current and operational email address(es) to operate Defendant's Website and conduct its business.

17. We have used RMail's online services and confirm that its services include verifying valid proof of authorship, content and delivery of an email as well as the official time and date an email was sent and received.

18. It is our experience that sellers of counterfeit and/or infringing products, such as Defendant, are in constant communication with each other and regularly participate in online chatroom discussions involving pending litigation and potential new lawsuits.

19. Moreover, the Chinese Ministry of Commerce published an article regarding Epstein Drangel's involvement in litigation regarding the sale of Chinese counterfeits on e-commerce platforms.[6]

20. In our experience, a small group of attorneys represent defendants in anti-counterfeiting lawsuits similar to the case at hand, and we have been informed by said defense counsel that they closely monitor the PACER docket, looking for potential new cases and clients.

21. A true and correct copy of the transcript from the July 14, 2022 hearing in *FoxMind Canada Enterprises Ltd. v. Abctec, et al.*, 21-cv-5146 (KPF) (S.D.N.Y. July 14, 2022) is attached hereto as **Exhibit B**.

22. Neither I, nor anyone else at Supercell, to the best of my knowledge, have publicized this Application or Plaintiff's intent to seek entry of a temporary restraining order against the Defendants to any third party.

---

[6] *See* Ministry of Commerce of the People's Republic of China, Tips for avoiding the risk of PayPal accounts that are blocked as a result of infringement (Nov. 2017), available at http://shangwutousu.mofcom.gov.cn/article/resume/af/201711/20171102664964.shtml.

4

I declare under the penalty of perjury under the laws of the United States of America that to the best of my knowledge the foregoing is true and correct.

Executed on this 2nd day of April 2025 in New York, New York.

By: _____
Melissa J. Levine