Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Danielle S. Futterman (DY 4228)
dfutterman@ipcounselors.com
Gabriela N. Nastasi
gnastasi@ipcounselors.com
Melissa J. Levine
mlevine@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 1250
New York, NY 10165
Telephone: (212) 292-5390
Facsimile: (212) 292-5391
*Attorneys for Plaintiff*
*Supercell Oy*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUPERCELL OY,<br><br>*Plaintiff*<br><br>v.<br><br>WWW.CLASHOFCLANSMERCH.COM,<br><br>*Defendant* | **CIVIL ACTION NO.**<br>**25-cv-2731 (VSB)** |

## CERTIFICATE OF SERVICE

I, Gabriela N. Nastasi, hereby certify as follows:

1. I am over eighteen (18) years of age and not a party to this action. I have never been convicted of a felony or any criminal offense involving moral turpitude, and I am fully competent to attest to the matters stated herein. I have personal knowledge of every statement made in this Certificate of Service and such statements are true and correct.

2. I am an associate attorney with the law firm Epstein Drangel LLP, a limited liability partnership located at 60 East 42nd Street, Suite 1250, New York, New York 10165. I am duly admitted to practice before the Courts of the State of New York and the United States District Court for the Southern District of New York.

3. I am an attorney for Supercell Oy ("Plaintiff") in the above-captioned case.

4. On April 2, 2025, Plaintiff filed this action and moved *ex parte* against the above-captioned Defendant for: 1) a temporary restraining order; 2) an order restraining Defendant's Website and Defendant's Assets with the Financial Institutions; 3) an order to show cause why a preliminary injunction should not issue; 4) an order authorizing bifurcated alternative service; and 5) an order authorizing expedited discovery.

5. On May 16, 2025, the Court entered an Order granting Plaintiff's Application ("TRO") which, *inter alia,* ordered Defendant to appear on May 30, 2025 at 2 p.m. to show cause why a preliminary injunction should not issue ("Show Cause Hearing").

6. On May 21, 2025, Plaintiff wrote a letter to the Court requesting to modify and extend the TRO, including the date of the Show Cause Hearing.

7. On May 22, 2025, the Court entered an Order granting Plaintiff's request which, *inter alia*, adjourned the Show Cause Hearing to June 12, 2025 at 11:00 a.m. ("May 22, 2025 Order").

8. On June 5, 2025, pursuant to the alternative methods of service authorized by the TRO, Plaintiff served the Summons, Complaint, TRO, all papers filed in support of the Application and the May 22, 2025 Order on Defendant's email addresses heworld38@gmail.com, payment.info@onesanfordpoe24.com and doquocchung95@gmail.com. However, Plaintiff was unable to serve Defendant's email address contact@clashofclansmerch.com.

I declare under the penalty of perjury under the laws of the United States of America that to the best of my knowledge the foregoing is true and correct.

Dated: June 18, 2025　　　　　　　　　By:　　/s/ Gabriela N. Nastasi
　　　　New York, New York　　　　　　　　　　　Gabriela N. Nastasi
　　　　　　　　　　　　　　　　　　　　　　　　gnastasi@ipcounselors.com
　　　　　　　　　　　　　　　　　　　　　　　　EPSTEIN DRANGEL LLP
　　　　　　　　　　　　　　　　　　　　　　　　60 East 42nd Street, Suite 1250
　　　　　　　　　　　　　　　　　　　　　　　　New York, NY 10165
　　　　　　　　　　　　　　　　　　　　　　　　Telephone: (212) 292-5390
　　　　　　　　　　　　　　　　　　　　　　　　Facsimile: (212) 292-5391
　　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*
　　　　　　　　　　　　　　　　　　　　　　　　*Supercell Oy*