Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Danielle S. Futterman (DY 4228)
dfutterman@ipcounselors.com
Gabriela N. Nastasi
gnastasi@ipcounselors.com
Melissa J. Levine
mlevine@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 1250
New York, NY 10165
Telephone: (212) 292-5390
Facsimile: (212) 292-5391
*Attorneys for Plaintiff*
*Supercell Oy*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUPERCELL OY,<br><br>*Plaintiff*<br><br>v.<br><br>WWW.CLASHOFCLANSMERCH.COM,<br><br>*Defendant* | **CIVIL ACTION NO.**<br>**25-cv-2731 (VSB)** |

## CERTIFICATE OF SERVICE

I, Gabriela N. Nastasi, hereby certify as follows:

1. I am over eighteen (18) years of age and not a party to this action. I have never been convicted of a felony or any criminal offense involving moral turpitude, and I am fully competent to attest to the matters stated herein. I have personal knowledge of every statement made in this Certificate of Service and such statements are true and correct.

2. I am an associate attorney with the law firm Epstein Drangel LLP, a limited liability partnership located at 60 East 42nd Street, Suite 1250, New York, New York 10165. I am duly admitted to practice before the Courts of the State of New York and the United States District Court for the Southern District of New York.

3. I am an attorney for Supercell Oy ("Plaintiff") in the above-captioned case.

4. On June 12, 2025, the Court held a show cause hearing on why a preliminary injunction should not issue ("Show Cause Hearing"), and on the same day, June 12, 2025, the Court entered a preliminary injunction order against Defendant, mirroring the terms of the TRO and extending through the pendency of the Action ("PI Order"). (Dkt. 20).

5. On the same day, on June 12, 2025, pursuant to the methods of alternative service authorized by the TRO and PI Order, Plaintiff served a copy of the PI Order on Defendant's email addresses heworld38@gmail.com, payment.info@onesanfordpoe24.com and doquocchung95@gmail.com. However, Plaintiff was unable to serve Defendant's email address contact@clashofclansmerch.com.[1]

---

[1] As discussed at the Show Cause Hearing, despite being unable to serve prior documents on Defendant's email address contact@clashorclansmerch.com, Plaintiff received an e-mail from Defendant via the contact@clashorclansmerch.com e-mail address, and is confident that Defendant has been apprised of the lawsuit and all orders in the lawsuit via the heworld38@gmail.com, payment.info@onesanfordpoe24.com and doquocchung95@gmail.com email addresses.

1

I declare under the penalty of perjury under the laws of the United States of America that to the best of my knowledge the foregoing is true and correct.

Dated: June 18, 2025         By:     /s/ Gabriela N. Nastasi
        New York, New York                  Gabriela N. Nastasi
                                            gnastasi@ipcounselors.com
                                            EPSTEIN DRANGEL LLP
                                            60 East 42nd Street, Suite 1250
                                            New York, NY 10165
                                            Telephone: (212) 292-5390
                                            Facsimile: (212) 292-5391
                                            *Attorneys for Plaintiff*
                                            *Supercell Oy*

2