

**EPSTEIN DRANGEL LLP**

60 East 42nd Street, Suite 1250, New York, NY 10165
T: 212.292.5390 • E: mail@ipcounselors.com
www.ipcounselors.com

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J.   11/24/2025
The Court grants Plaintiff's extension *nunc pro tunc*.

November 21, 2025

**VIA ECF**
Hon. Vernon S. Broderick
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York 10007

      Re:    *Supercell Oy v. www.clashofclansmerch.com*
             Case No. 25-cv-2731 (VSB)
             **Letter Regarding Default Judgment Motion**

Dear Judge Broderick,

      We represent Plaintiff Supercell Oy ("Plaintiff") in the above-referenced action (the "Action"). On October 14, 2025 the Court directed Plaintiff to file a Motion for Default Judgment ("DJ Motion") against Defendant www.clashofclansmerch.com ("Defendant") on or before November 21, 2025 ("October 14, 2025 Order"). (Dkt. 27). Plaintiff filed its proposed clerk's certificate ("Proposed Clerk's Certificate") and supporting declaration yesterday, November 20, 2025 (Dkts. 28, 30), however the Clerk's Certificate of Default has not yet been issued. Plaintiff's counsel attempted to contact the Clerk's office but was unable to reach anyone to inquire as to when the Clerk's Certificate would issue.

      Plaintiff has completed its DJ Motion and is prepared to file it as soon as the Clerk's Certificate issues, however, absent the issuance of the Clerk's Certificate in the next few hours, Plaintiff will be unable to file its DJ Motion today. As a result, Plaintiff respectfully requests a brief extension of time, until Plaintiff's Clerk's Certificate is issued, to file its DJ Motion.

      We thank the Court for its time and consideration.

                                                           Respectfully submitted,

Hon. Vernon S. Broderick
November 21, 2025
Page **2** of **2**

 

**EPSTEIN DRANGEL LLP**

BY: /s/ Melissa J. Levine
Melissa J. Levine
mlevine@ipcounselors.com
60 East 42nd Street, Suite 1250
New York, New York 10165
(212) 292-5390
*Attorneys for Plaintiff*
*Supercell Oy*

