

**EPSTEIN DRANGEL LLP**

6 East 45th Street, 7th Floor, New York, NY 10017
T: 212.292.5390 • E: mail@ipcounselors.com
www.ipcounselors.com

January 29, 2026

**APPLICATION GRANTED
SO ORDERED** *[signature]*
**VERNON S. BRODERICK
U.S.D.J.** 1/30/2026

This Court adjourns the February 13, 2026 default judgment hearing until February 20, 2026 at 3:00 p.m. EST.

**VIA ECF**
Hon. Vernon S. Broderick
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York 10007

> **Re:** *Supercell Oy v. www.clashofclansmerch.com*
> **Case No. 25-cv-2731 (VSB)**
> **Letter Requesting Adjournment of Default Judgment Hearing**

Dear Judge Broderick,

We represent Plaintiff Supercell Oy ("Plaintiff") in the above-referenced action (the "Action"). On January 29, 2026, the Court entered an Order adjourning the January 16, 2026 default judgment hearing ("DJ Hearing") until February 13, 2026 at 4:00 p.m. (Dkt. 44). Due to scheduling conflicts, Plaintiff respectfully requests an adjournment of the DJ Hearing, and in accordance with Your Honor's Individual Rules and Practices, respectfully submits the following:

1. **The original due date**: The DJ Hearing is currently scheduled for February 13, 2026 at 4:00 p.m.
2. **The number of previous requests for adjournments**: This is Plaintiff's second request for an adjournment of the DJ Hearing.
3. **Whether these previous requests were granted or denied**: Plaintiff's first request (Dkt. 41) was granted (Dkt. 42).
4. **Whether the adversary consents and, if not, the reasons given by the adversary for refusing to consent**: Plaintiff did not request Defendant's consent given Defendant is in default.
5. **The specific reasons for the adjournment or extension of time**: The partner handling the Action will be traveling during the week of and on February 13, 2026.

Accordingly, Plaintiff respectfully requests that the Court adjourn the DJ Hearing to **February 19, 2026**, **February 20, 2026**, **February 23, 2026** or **February 24, 2026**, or to another date that is convenient for the Court. Upon receipt of any adjournment, Plaintiff will promptly serve it on Defendant and file proof of service with the Court.

We thank the Court for its time and consideration.



**EPSTEIN DRANGEL LLP**

6 East 45th Street, 7th Floor, New York, NY 10017
T: 212.292.5390 • E: mail@ipcounselors.com
www.ipcounselors.com

Respectfully submitted,

**EPSTEIN DRANGEL LLP**

BY: /s/ Melissa J. Levine
Melissa J. Levine
mlevine@ipcounselors.com
6 East 45th Street, 7th Floor
New York, New York 10017
(212) 292-5390
*Attorneys for Plaintiff*
*Supercell Oy*