UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SUPERCELL OY,                                          :

                                   Plaintiff,          :          **25 Civ. 2731 (VSB) (GS)**

           - against -                                 :          **SCHEDULING ORDER FOR**
                                                       :          **<u>DAMAGES INQUEST</u>**
WWW.CLASHOFCLANSMERCH.COM,                             :

                                   Defendant.          :

                                                       :

-----------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

The Honorable Vernon S. Broderick, U.S.D.J., having referred this matter to the

undersigned for an inquest and report and recommendation concerning Plaintiff's damages

following entry of default judgment against Defendant www.clashofclansmerch.com

("Defendant") (Dkt No. 50), it is hereby ORDERED that:

1.      Plaintiff may serve and file proposed findings of fact and conclusions of law

concerning damages by no later than **June 8, 2026**.  Plaintiff must ensure that all

factual assertions are supported by affidavit and/or other evidentiary materials

sufficient for the Court "to ascertain the amount of damages with reasonable

certainty."  *Credit Lyonnais Sec. (USA), Inc. v. Alcantara*, 183 F.3d 151, 155 (2d

Cir. 1999).  Plaintiff's requested attorney's fees and costs, if any, must be

supported by evidentiary materials and detailed time records and should address

the reasonableness of the requested fees and hourly rates of all attorneys and staff.

Costs must be supported by copies of invoices or other documentation

substantiating the amount of costs incurred.  **Should Plaintiff choose not to**

**provide additional submissions, the Court will rely upon existing submissions
and pleadings.**

2.      Defendant shall submit its response to Plaintiff's submissions, if any, no later than **July 6, 2026**.  In addition, Defendant should indicate whether it is requesting an in-court hearing on the matter of damages by the above deadline.  **If either party fails to respond or request an in-court hearing, the Court will conduct an inquest into damages and issue a report and recommendation based solely upon the written submissions of the parties**.  *See Transatlantic Marine Claims Agency, Inc. v. Ace Shipping Corp.*, 109 F.3d 105, 111 (2d Cir. 1997) ("'[I]t [is] not necessary for the District Court to hold a hearing, as long as it ensured that there was a basis for the damages specified in the default judgment.'") (quoting *Fustok v. ContiCommodity Services, Inc.*, 873 F.2d 38, 40 (2d Cir.1989)); *see, e.g.*, *Bricklayers & Allied Craftworkers Local 2, Albany, N.Y. Pension Fund v. Moulton Masonry & Const., LLC*, 779 F.3d 182, 189 (2d Cir. 2015).

Plaintiff is directed to serve this Order, along with the Court's Order of Default Judgment (Dkt. No. 50), on Defendant and to file proof of service by no later than **May 15, 2026.**

        **SO ORDERED.**

Dated:        New York, New York
        May 5, 2026

        _____
        GARY STEIN
        United States Magistrate Judge

2